1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BETSY FEIST,                              Case No. 12-mc-80119 SI (NC)

12              Plaintiff,                      **ORDER TO SHOW CAUSE WHY CASES
                                                SHOULD NOT BE RELATED**
13        v.

14   RCN CORP., and PAXFIRE, INC.,

15              Defendants.
     _____/

16

17        On or before June 26, 2012, the parties and third-parties who are moving to quash, shall show

18   cause why the following cases should not be sua sponte related to this case:  Misc. Case No. 12-80121

19   JSW (EDL); Misc. Case No. 12-80135 RS (DMR); and Misc. Case No. 12-80140 JSW (KAW).  Any

20   party or third-party which agrees that the cases should be related need not respond to the Order to Show

21   Cause.  If no party or third-party objects to relating all four cases, the Court will order the cases related

22   on June 27, 2012.  If any party objects, the Court will take the matter under submission and issue an

23   order.

24        **IT IS SO ORDERED.**

25   Dated: June 22, 2012

26                                              _____
                                                SUSAN ILLSTON
27                                              UNITED STATES DISTRICT JUDGE

28

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28